# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL BENANTI,<br><br>            Plaintiff,<br><br>    v.<br><br>CITIZENS FINANCIAL GROUP, INC., et al.,<br><br>            Defendants. | CIVIL ACTION NO. 3:19-CV-02162<br><br>(MEHALCHICK, M.J.) |

## ORDER

**AND NOW**, this 28th day of June 2021, for the reasons set forth in the Memorandum Opinion filed concurrently with this Order, it is **HEREBY ORDERED** that Defendants' Motion to Dismiss is **GRANTED**. (Doc. 37).

Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction. Plaintiff's Motion to Order Clerk to Serve New Defendants and Motion to Appoint Counsel are **DISMISSED AS MOOT**. (Doc. 40; Doc. 45). The Clerk of Court is directed to **CLOSE THIS MATTER**.

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States Magistrate Judge**